**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.A.S.,<br>Plaintiff,<br><br>v.<br><br>Markwayne Mullin, in his official capacity, Secretary of the Department of Homeland Security;<br><br>David Venturella, in his official capacity, Acting Director for U.S. Immigration and Customs Enforcement;<br><br>Todd Blanche, in his official capacity, U.S. Attorney General;<br><br>Marco Rubio, in his official capacity as Secretary of State;<br><br>U.S. Department of Homeland Security;<br><br>U.S. Department of State;<br><br>United States of America,<br><br>Defendants. | Case No. TBD<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL** |

IT IS ORDERED that Defendants must facilitate A.M.A.S.'s safe return to the United States.

DATED this ___ day of ______, 2026.

DATED this______ day of ________, 2026_.

______________________________________
Hon. John C. Hinderaker
United States District Judge