**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.A.S.,<br>Plaintiff,<br>v.<br>Markwayne Mullin, et al.,<br>Defendants. | No. CV-26-06601-PHX-JCH<br>**ORDER** |

The Court has reviewed the Complaint and Emergency Motion for Temporary Restraining Order ("TRO"). (Docs. 1, 2.) Plaintiff alleges "he was forcibly removed to Equatorial Guinea on or about May 6, 2026, and was not afforded any opportunity to demonstrate a fear of removal to Equatorial Guinea, despite repeatedly requesting a reasonable fear interview . . . . Since arriving in Equatorial Guinea and being turned over by U.S. authorities to the custody of Equatorial Guinean authorities, A.M.A.S. has been heavily guarded by Equatorial Guinea[n] authorities at a decommissioned hotel." (Doc. 1 at 3.) Plaintiff alleges his removal violated his rights under the Fifth Amendment and the Administrative Procedure Act and seeks mandamus relief in the form of facilitated return to the United States.

Plaintiff has not met the standard under Federal Rule of Civil Procedure 65(b)(1) for a no-notice TRO, *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006) ("very few circumstances justify[] the issuance of an ex parte TRO"), but the Court will order an expedited response to the TRO request and Complaint.

Accordingly,

**IT IS ORDERED:**

(1) Counsel for Plaintiff must immediately serve the Complaint upon Defendants.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court shall email this Order, Complaint, and Emergency Motion for TRO to Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at dina.anagnopoulos@usdoj.gov, Theo Nickerson at theo.nickerson2@usdoj.gov, and Mary Finlon at mary.finlon@usdoj.gov.

(4) Plaintiff's Emergency Motion for Temporary Restraining Order without notice (Doc. 2) is **denied**. Plaintiff's request for a TRO with notice (Doc. 2) remains pending.

(5) Defendants must **respond** to the Complaint and Emergency Motion for TRO with notice no later than **September 25, 2026**. Plaintiff may file a **reply** no later than **September 30, 2026**.

Dated this 17th day of September, 2026.

John C. Hinderaker
United States District Judge