TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
*Attorneys for Respondents*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Plaintiff,

vs.

Markwayne Mullin, *et al.*,

Defendants.

No. CV-26-06601-PHX-JCH

**JOINT STIPULATION TO VACATE HEARING AND ISSUE A FINAL ORDER**

In compliance with this Court's order dated October 5, 2026 (Doc. 11), the Parties, by and through their respective counsel, have met and conferred to discuss the Court's tentative ruling. Having concluded that a hearing is unnecessary, the Parties hereby stipulate to vacate the hearing set for October 7, 2026, at 3:30 PM.

The Parties further request that the Court issue a final order based on the tentative ruling. Doc. 11 at 4–24. The Parties stipulate that Plaintiff was removed from the United States on April 28, 2026. *See* Doc. 11 at 5 n.2.

The Parties reserve all their appellate rights.

RESPECTFULLY SUBMITTED this 6th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Derek Faraldo*
DEREK FARALDO
Assistant United States Attorney
*Attorneys for Defendants*

s/Ami Hutchinson
Ami Hutchinson
Green Evans-Schroeder
*Attorneys for Plaintiff*