**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Plaintiff,

vs.

Markwayne Mullin, *et al.*,

Defendants.

No. CV-26-06601-PHX-JCH

**[PROPOSED] ORDER**

This Court, having reviewed the Parties' Joint Stipulation (Doc. __), and good cause appearing, hereby ORDERS:

The hearing scheduled for October 7, 2026, at 3:30 PM is VACATED.

The Tentative Ruling (Doc. 11) will issue separately as a final order.