**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Plaintiff,

v.

Markwayne Mullin, et al.,

Defendants.

No. CV-26-06601-PHX-JCH

**ORDER**

Before the Court is the parties' Joint Stipulation to Vacate Hearing and Issue Final Order. (Doc. 12.) Good cause appearing,

**IT IS ORDERED granting** the parties' Joint Stipulation to Vacate Hearing and Issue Final Order (Doc. 12), and **vacating** the October 7, 2026 hearing (*See* Doc. 11).

**IT IS FURTHER ORDERED** that the Court will separately issue the Tentative Ruling (Doc. 11) as a final order.

Dated this 6th day of October, 2026.

John C. Hinderaker
United States District Judge