**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Plaintiff,

v.

Markwayne Mullin, et al.,

Defendants.

**NO. CV-26-06601-PHX-JCH**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed October 6, 2026, Movant's Complaint for Writ of Mandamus pursuant to 28 U.S.C. § 1361 is granted as to Count Three to the extent it seeks equitable relief requiring Defendants to facilitate Plaintiff's return and Count Two is denied as moot.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 6, 2026

By s/ A. Roybal
Deputy Clerk