TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

A.M.A.S., *et al.*,

Petitioners,

vs.

Markwayne Mullin, *et al.*,

Respondents.

No. CV-26-06601-PHX-JCH

**STATUS UPDATE #1**

Pursuant to the Court's order issued on October 6, 2026 (Doc. 14), Respondents hereby inform the Court that Respondents are working collaboratively with Petitioner's counsel who shared valuable information to help Respondents attempt to locate and contact Petitioner. Respondents had a conference with the relevant stakeholders within the government and are beginning the process to facilitate Petitioner's return.

Respondents will provide a more substantive update next week along with a declaration regarding specific steps that are being taken and the most recent updates on Respondent's efforts to facilitate Petitioner's return.

RESPECTFULLY SUBMITTED this 9th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Derek Faraldo*
DEREK FARALDO
Assistant United States Attorney
*Attorneys for Respondents*