TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.M.A.S., *et al.*,<br>Petitioners,<br>vs.<br>Markwayne Mullin, *et al.*,<br>Respondents. | No. CV-26-06601-PHX-JCH<br><br>**STATUS UPDATE #2b** |

Pursuant to the Court's order issued on October 6, 2026 (Doc. 14), Respondents hereby inform the Court that Respondents are coordinating return efforts with both the State Department and the Department of Homeland Security (DHS). Undersigned counsel is engaging in daily check-ins and meetings with Petitioner's counsel and the assigned points of contact with the relevant departments. Currently, Respondents are attempting to confirm Petitioner's exact location and custody status with personnel in Equatorial Guinea.

Please see the attached declaration detailing the initial efforts to facilitate return. *See* Exhibit A. Undersigned counsel is working to streamline communication between Petitioner's counsel and ERO so that information can be shared easier. This should help Respondents confirm Petitioner's exact location and then begin efforts to return him as soon as possible.

RESPECTFULLY SUBMITTED this 19th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Derek Faraldo*
DEREK FARALDO
Assistant United States Attorney
*Attorneys for Respondents*