# Exhibit A

Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.A.S.,<br>Soliman, Ahmed Mahmoud<br>v.<br>Markwayne Mullin, et al.,<br>Respondents. | No. CV-26-06601-PHX-JCH<br><br>**DECLARATION OF**<br>Andrea, Chiriboga Villacis |

1. I, Andrea, Chiriboga Villacis, hereby declare under the penalty of perjury: I am a Deportation Officer with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), assigned to the Imperial Regional Detention Facility in Calexico, California.

2. As part of my official duties, I am responsible for, inter alia, managing the cases of aliens in removal proceedings or those with final removal orders, and I have experience utilizing ICE record systems to obtain information regarding specific aliens.

3. In preparing this declaration, I have examined ICE official records associated with A.M.A.S., A099 404 612 ("Petitioner"), including electronic records.

4. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, and information portals maintained and relied upon by DHS in the regular course of business; information obtained from other individuals employed by DHS; and information I acquired during the performance of my official duties.

5. I am aware that the above-captioned Complaint and Emergency Motion for Temporary Restraining Order have been filed in the U.S. District Court.

6. I am familiar with the facts and circumstances regarding Petitioner and provide the following information regarding efforts taken to facilitate Petitioner's return to

the United States.

7. On or about October 7, 2026, ICE received notice that the District Court had issued a ruling directing Respondents to facilitate Petitioner's return to the United States. ICE thereafter began taking steps to determine Petitioner's current location and detention status in Equatorial Guinea.

8. On October 9, 2026, the United States Attorney's Office advised ERO that Petitioner's counsel reported that Petitioner was at Hotel Bamy in Malabo, Equatorial Guinea. On that same date, ICE ERO personnel contacted an ERO Attaché to request assistance in verifying whether Petitioner was located at Hotel Bamy in Malabo, Equatorial Guinea, and to verify Petitioner's identity and whether Petitioner was otherwise in the custody of local authorities.

9. On October 9, 2026, the ERO Attaché advised that he had submitted a request to contacts in Malabo, Equatorial Guinea, to locate and verify Petitioner. The Attaché further advised that he would provide additional information as it became available.

10. As of the date of this declaration, ERO is awaiting the results of that location-and-verification request. ERO is continuing to follow up with the Attaché and coordinating internally regarding any arrangements that may be required to facilitate Petitioner's return.

11. ERO requested that the USAO provide ERO's contact information to Petitioner's counsel to facilitate communication and begin the process of facilitating Petitioner's return. ERO is continuing to take steps to verify Petitioner's identity, location, status, and availability for travel.

12. ERO is actively facilitating and coordinating the steps necessary to support Petitioner's return to the United States. These efforts include coordination regarding any required parole authorization, travel arrangements, and carrier documentation. The specific arrangements remain contingent on confirmation of Petitioner's identity, location, status, and availability for travel.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing

is true and correct to the best of my knowledge.

Executed on: 10/19/2026

ANDREA N CHIRIBOGA VILLACIS Digitally signed by ANDREA N CHIRIBOGA VILLACIS Date: 2026.10.19 13:30:49 -07'00'

Andrea Chiriboga Villacis
Deportation Officer
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement