TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.M.A.S.,<br>Plaintiff,<br>vs.<br>Markwayne Mullin, et al.,<br>Defendants. | No. CV-26-06601-PHX-JCH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Markwayne Mullin, et al., appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's October 6, 2026, Order (CR 14) and the Court's Judgment (CR 15).

RESPECTFULLY SUBMITTED this 19th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*<u>/s/ Derek Faraldo</u>*
DEREK FARALDO
Assistant United States Attorney
Attorneys for Defendants