**GREEN | EVANS-SCHROEDER, PLLC**
130 W. Cushing Street
Tucson, AZ 85718
Tel. (520) 882-8852
Fax (520) 882-8843

**Jesse Evans-Schroeder** | Arizona Bar No. 027434
Email: jesse@arizonaimmigration.net

**Matthew H. Green** | Arizona Bar No. 020827
Email: matt@arizonaimmigration.net

**Ami Hutchinson |** Arizona Bar No. 039150
Email: ami@arizonaimmigration.net

*Attorneys for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Plaintiff,

vs.

Markwayne Mullin, *et al.*,

Defendants.

No. CV-26-06601-PHX-JCH

**PLAINTIFF'S STATUS REPORT OCTOBER 21, 2026**

Plaintiff hereby notifies the Court of the following information ahead of Defendants' third status report due tomorrow, October 22, 2026. First, a DHS-contracted plane will be in Equatorial Guinea for a planned removal stop in the coming days. Ex. A. As noted in Ms. Brockell's article, however, there are no indications that A.M.A.S. will be brought back to the United States on that plane. Second, Plaintiff also provides copies of all

email communications between Plaintiff's counsel and Defendants, up to and including today, October 21, 2026. Ex. B.

Respectfully submitted,

s/ Jesse Evans-Schroeder
Jesse Evans-Schroeder
Green Evans-Schroeder, PLLC
130 W. Cushing St.
Tucson, AZ 85701
jesse@arizonaimmigration.net

# TAB A

LAW AND JUSTICE

# It Should Be a Rescue Flight; Docs Show It Will Be Another Immigrant Expulsion

Documents show an ICE flight is expected to land in the African country where immigrant Ahmed Soliman, who a federal judge ordered to be returned, is currently imprisoned.



BY **GILLIAN BROCKELL**
OCTOBER 21, 2026




Ahmed Soliman on the Brooklyn Bridge in 2019. Sources: Photo courtesy of Kate O’Donnell; Miltiadis Fragkidis/Unsplash.

***Read the top story of the day in your inbox. Sign up for the Daily Prospect newsletter here.***

Listen to this article:
It Should Be a Rescue Flight; Docs Show It Will Be Another Immigrant Expulsion
About 6 Minutes
1x
Everlit

*This story has been updated.*

An Immigration and Customs Enforcement (ICE) charter flight is heading to Equatorial Guinea Thursday, two weeks after a federal judge **ordered the return** of a man expelled there under the Trump administration's third-country removal program, according to documents obtained by the *Prospect*. Shortly after this story first published, the *Prospect* obtained another document confirming the stop was intended to expel more immigrants to the African dictatorship, and not to retrieve the man, 31-year-old Egyptian national Ahmed Soliman.

The documents show that a Boeing 767 operated by ICE charter Eastern Airlines will leave the United States on Thursday and make stops in Senegal, Equatorial Guinea, Burundi, and the Central African Republic. Senegal is often used by ICE-chartered aircraft to refuel and make crew changes; the other three countries are all known "host" countries in the Trump administration's third-country removal network.

The latest document lists the number of people expected to be expelled at each stop – 25 in Equatorial Guinea, 30 in Burundi, and 100 in the Central African Republic. If carried out, it would be the largest third-country removal trip to the African continent to date.

"We are deeply concerned for Ahmed's welfare. There is no doubt as to his location, and the government has the ability to bring him back to the United States, as they have been ordered to do," one of his attorneys, Dana Camilleri, told the *Prospect*. "The government making a planned stop in Equatorial Guinea demonstrates that it can bring Ahmed home, and should do so immediately."

**The *Prospect* in your inbox**

Analysis that goes beyond the noise with in-depth, progressive reporting.

Email

Sign up

*No paywall, no programmatic ads — just the reporting. Unsubscribe anytime. Submitting your email signs you up for The Daily Prospect, our weekday morning newsletter.*

ICE, the Department of Homeland Security, and the State Department did not immediately reply to questions about the flight and whether Soliman will be put on it. It also did not respond to questions about the legality of potentially sending more people to a country that has subjected third-country nationals to severe abuse, as has been widely reported.

Soliman was hospitalized in the island city of Malabo over the weekend after becoming seriously ill, according to his attorneys in a Tuesday **court filing**. The filing also said he was now back at the Hotel Bamy, where dozens of other third-country nationals are being imprisoned, despite his medical condition not improving. Soliman also has untreated injuries from a car accident that occurred when he was being transported from a local jail to the hotel several weeks ago, the filing said.

“The government no longer has any plausible deniability as the human rights abuses are already well-documented. It is disturbing to consider that the government, as it hopefully picks up Ahmed, may also be removing others in his place who will be indefinitely detained at the Hotel Bamy, or worse, sent under duress to their home countries,” Camilleri said.

Arizona District Court Judge John C. Hinderaker, a Trump appointee, **ordered the government** to facilitate Soliman’s return to the United States earlier this month after ruling Soliman’s right to due process had been violated when he was forced onto an ICE charter flight in April and expelled to Equatorial Guinea.

Late on Monday, Justice Department attorneys said the government intended to appeal, after dragging its heels on complying with the judge’s orders, blowing past at least one deadline

for a status report, and providing minimal documentation about the steps it had taken to facilitate Soliman's return.

In a brief Monday **filing**, the government said for the second time that it was still trying "to confirm [Soliman]'s exact location." Soliman's attorneys responded by saying it had repeatedly sent the government updates whenever Soliman's location changed but had never received a response, and that their repeated messages to the U.S. ambassador to Equatorial Guinea had also gone unanswered.

The filing did say that the government is "coordinating return efforts with both the State

Department and the Department of Homeland Security (DHS)," adding that U.S. Attorney for Arizona Timothy Courchaine is "working to streamline communication" with Soliman's attorneys and ICE's Enforcement and Removal Operations.

Even before the scheduled flight this week, flight data shows at least four ICE-chartered aircraft flying within a few hundred miles of Equatorial Guinea a total of eight times since October 8, any of which could have conceivably been directed by ICE to retrieve Soliman. One flight, also operated by Eastern Airlines, passed within about 15 miles of Malabo on October 13, flight data shows.

Eastern Airlines is not related to the historic Eastern Air Lines, which ceased operations in 1991, other than that the new entity bought the unused trademark.

Soliman came to the United States with his family as a young child and was raised in Arizona. He lost his lawful permanent resident status after a conviction relating to an accident he caused while driving under the influence of drugs in 2021. An immigration judge had previously ruled Soliman could not be deported to Egypt because he was likely to face harm due to his family's political affiliation and because he is gay.

Soliman has previously told media, including the *Prospect*, that he turned to drugs as a young man to deal with feelings of shame about being gay, but that he has since recovered from his addiction issues and accepted his identity.

At least 63 third-country nationals have been sent to Equatorial Guinea since last November via at least six ICE-chartered flights, where they have reported being beaten, threatened, held at gunpoint, and deprived of food, water, hygiene products, and medical care. All are

believed to have had legal protections barring deportation to their countries of origin due to harms they faced there, yet about half have been forced back to those countries anyway—a maneuver called chain refoulement that is barred under U.S. and international law.

---

© 2026 The American Prospect, Inc. | All Rights Reserved
Powered by Newspack

# TAB B

Outlook

**Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion**

**From** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Date** Tue 10/6/2026 6:38 PM
**To** Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>; Faraldo, Derek (USAAZ) <derek.faraldo@usdoj.gov>

1 attachment (127 KB)
LPR Card.pdf;

Dear Derek,

Thank you. As you know, our client is being held incommunicado in a jail in Equatorial Guinea. Here is the information we have that may assist in locating him:

- Prior to September 11, 2026, Mr. Soliman was housed at the **Hotel Bamy** in **Malabo, Equatorial Guinea**. His September 11 arrest appears to have been related to his communications with journalists while housed at the Hotel Bamy. Accordingly, Equatoguinean officials responsible for the Hotel Bamy, as well as the officials involved in his arrest, should be able to identify where he was taken and where he is presently being held.
- We also have independent reporting that Mr. Soliman **is being held at the Malabo gendarmerie station known as La Luna**. Our understanding is that this is a police/gendarmerie detention facility where detention ordinarily is not intended to be prolonged.
- I have attached a copy of Mr. Soliman's **I-551 for identification purposes**.
- I cannot provide an Egyptian passport because Mr. Soliman does not have one. Given the nature of his CAT protection from removal to Egypt, he cannot and should not be required to seek an Egyptian passport.

Because Mr. Soliman is being held incommunicado, neither his family nor counsel has any additional information concerning his precise whereabouts. **If we receive any additional or updated information regarding his location, condition, or custody, we will provide it to you promptly.**

Please let us know if there is any other identifying information or documentation in our possession that would assist the United States in locating him and facilitating contact with the appropriate Equatoguinean authorities.

Thank you,
Jesse

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Thank you! Let's go blue.

In the meantime, please start to gather whatever, if any, info from Petitioner or his friends/family, etc. Anything to help us locate him and move this along faster could help bring him back. Copies of prior identity documents, contact info, etc.

Again, I don't know if we are going to appeal, but in the meantime, I want to try my best to help. Thank you.

Derek Faraldo
Assistant United States Attorney
United States Attorney's Office | District of Arizona
Email: derek.faraldo@usdoj.gov
40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004
Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 1:34 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

And I hope you catch your Dodgers game :)

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**
**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 12:39 PM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

';

Outlook

## Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

**From** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Date** Wed 10/7/2026 5:54 PM
**To** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>

We will alert on any relevant updates.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Wednesday, October 7, 2026 2:12 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

' ';

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

Good afternoon,

I am assembling a team to help assist in facilitating his return. Thank you for the initial information. That should help us get started.

My initial status report on Friday will not have too many more details. We need to reach out to local authorities there to see where he is and why he is being held possibly in criminal custody.

Hopefully, he has been released or otherwise transported back to the hotel. Please alert us ASAP if he makes contact with his family or your office.

Outlook

**RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion**

**From** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Date** Fri 10/9/2026 11:21 AM
**To** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>

Derek,

I should add that a local lawyer received this confirmation through Hotel staff.

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**
O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: arizonaimmigration.net

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

GES Resources & Socials

**From:** Jesse Evans-Schroeder
**Sent:** Friday, October 9, 2026 8:20 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Dear Derek,

I wanted to provide you with an update. We have received reliable confirmation that Mr. Soliman is currently back at the Hotel Bamy in Malabo.

Jesse

Jesse

Outlook

**RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion**

**From** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Date** Wed 10/14/2026 7:03 PM
**To** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>

Derek,

We have received information that AMAS has been extremely ill for a number of weeks, likely beginning during his time in the jail, and that his condition is worsening. We also understand that he presently has no meaningful access to medical evaluation or treatment at the Hotel Bamy.

We do not know the cause of his illness, and I do not want to speculate. But prolonged and worsening illness without medical evaluation in Equatorial Guinea is obviously concerning. Malaria and typhoid are among the illnesses present in the country, for example, and both can become life-threatening without timely diagnosis and treatment.

The Court ordered the government not merely to facilitate Ahmed's physical return, but to restore him to the position he would have occupied had the unlawful removal never occurred. That remedy would be hollow if he returns having suffered serious or permanent injury from an untreated illness—or, in the worst case, does not survive long enough to return at all. We therefore believe his worsening medical condition requires immediate attention as part of the government's facilitation efforts.

The U.S. has an embassy in Malabo, and we ask that State determine whether the embassy personnel can assist in arranging or facilitating an immediate medical evaluation, identifying an appropriate medical provider, or otherwise ensuring that AMAS has access to necessary care while efforts to facilitate his return continue.

More fundamentally, the purpose of facilitating his return cannot be accomplished if his health is allowed to deteriorate while that process unfolds. We therefore ask that this information be communicated immediately to the Embassy and the appropriate officials at State and DHS, and that hit be taken into account in determining the urgency of the government’s facilitation efforts.

Please let us know as soon as possible what steps the government is able to take.

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 9:45 AM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Thank you! Frankly I don't have all the inside info right now so I'm not making assumptions when it comes to the government. Just want to do everything I reasonably can to get this accomplished.

-Derek Faraldo

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Wednesday, October 14, 2026 9:42 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Ok, Derek,

I have authorization to provide the contact information for Lucas Olo Fernandes, who is a local lawyer/also coordinating with lawyers on the ground. His email is lucasolo@juristasge.org.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 8:25 AM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Good morning,

Do you have the contact info for the local lawyer or contact or any other info? Just trying to do everything I can to help. Thank you.
I am hoping for a substantive update soon. Thank you.

Derek Faraldo
Assistant United States Attorney
United States Attorney's Office | District of Arizona
Email: derek.faraldo@usdoj.gov
40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004
Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Faraldo, Derek (USAAZ)
**Sent:** Tuesday, October 13, 2026 2:17 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Good afternoon,

Are you aware of any updates? I am working with ICE/ERO and the State Department to help facilitate return.

I know the cell phone issue seems to be tricky. Does Petitioner have access to his phone or any communication?

Thank you.

Derek Faraldo
Assistant United States Attorney
United States Attorney's Office | District of Arizona
Email: derek.faraldo@usdoj.gov
40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004
Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Friday, October 9, 2026 8:21 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Derek,

I should add that a local lawyer received this confirmation through Hotel staff.

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Jesse Evans-Schroeder
**Sent:** Friday, October 9, 2026 8:20 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Dear Derek,

I wanted to provide you with an update. We have received reliable confirmation that Mr. Soliman is currently back at the Hotel Bamy in Malabo.

Jesse

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Wednesday, October 7, 2026 2:54 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

We will alert on any relevant updates.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Wednesday, October 7, 2026 2:12 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Good afternoon,

I am assembling a team to help assist in facilitating his return. Thank you for the initial information. That should help us get started.

My initial status report on Friday will not have too many more details. We need to reach out to local authorities there to see where he is and why he is being held possibly in criminal custody.

Hopefully, he has been released or otherwise transported back to the hotel. Please alert us ASAP if he makes contact with his family or your office.

Thank you.

Derek Faraldo
Assistant United States Attorney
United States Attorney's Office | District of Arizona
Email: derek.faraldo@usdoj.gov
40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004
Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 3:38 PM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>; Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Dear Derek,

Thank you. As you know, our client is being held incommunicado in a jail in Equatorial Guinea. Here is the information we have that may assist in locating him:

- Prior to September 11, 2026, Mr. Soliman was housed at the **Hotel Bamy** in **Malabo, Equatorial Guinea**. His September 11 arrest appears to have been related to his communications with journalists while housed at the Hotel Bamy. Accordingly, Equatoguinean officials responsible for the Hotel Bamy, as well as the officials involved in his arrest, should be able to identify where he was taken and where he is presently being held.
- We also have independent reporting that Mr. Soliman **is being held at the Malabo gendarmerie station known as La Luna**. Our understanding is that this is a police/gendarmerie detention facility where detention ordinarily is not intended to be prolonged.
- I have attached a copy of Mr. Soliman's **I-551 for identification purposes**.
- I cannot provide an Egyptian passport because Mr. Soliman does not have one. Given the nature of his CAT protection from removal to Egypt, he cannot and should not be required to seek an Egyptian passport.

Because Mr. Soliman is being held incommunicado, neither his family nor counsel has any additional information concerning his precise whereabouts. **If we receive any additional or updated information**

**regarding his location, condition, or custody, we will provide it to you promptly.**

Please let us know if there is any other identifying information or documentation in our possession that would assist the United States in locating him and facilitating contact with the appropriate Equatoguinean authorities.

Thank you,
Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 1:56 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>
**Cc:** Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Fw: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

See below (highlighted).

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**
**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701

2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 06, 2026 1:37 PM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Thank you! Let's go blue.

In the meantime, please start to gather whatever, if any, info from Petitioner or his friends/family, etc. Anything to help us locate him and move this along faster could help bring him back. Copies of prior identity documents, contact info, etc.

Again, I don't know if we are going to appeal, but in the meantime, I want to try my best to help. Thank you.

Derek Faraldo

Assistant United States Attorney

United States Attorney's Office | District of Arizona

Email: derek.faraldo@usdoj.gov

40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004

Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 1:34 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

And I hope you catch your Dodgers game :)

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**

**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 12:39 PM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Okay we will take care of it. I hope he issues a follow order soon!

Derek Faraldo

Assistant United States Attorney

United States Attorney's Office | District of Arizona

Email: derek.faraldo@usdoj.gov

40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004

Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 12:23 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

You bet; I've just finished.

No real preference as to who files, but since your information is on the pleading, I think it would be easiest if your office does it.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**

SENIOR ATTORNEY

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 12:15 PM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

April 28, 2026.

Please share a copy of the final stipulation when possible and let me know who is going to file. Thank you.

Derek Faraldo

Assistant United States Attorney

United States Attorney's Office | District of Arizona

Email: derek.faraldo@usdoj.gov

40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004

Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 11:46 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

That's ok - I'm pretty sure it was April 27, but I don't think it really matters.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**

**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 11:45 AM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>
**Subject:** RE: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

I don’t have access to DHS databases. I can ask but no guarantee I will get that info.

Derek Faraldo

Assistant United States Attorney

United States Attorney’s Office | District of Arizona

Email: derek.faraldo@usdoj.gov

40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004

Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Tuesday, October 6, 2026 11:42 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Derek - do you happen to know the exact date of removal? In footnote 2 of the tentative ruling, Judge Hinderaker calls us out for using different dates, and I'll admit I'm not sure which one is correct.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**

**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 6:32 AM
**To:** Ami Hutchinson <ami@arizonaimmigration.net>; Matt Green <matt@arizonaimmigration.net>
**Cc:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Subject:** Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Good morning,

What is the Petitioner’s A number?

-Derek Faraldo

---

**From:** Ami Hutchinson <ami@arizonaimmigration.net>
**Sent:** Monday, October 5, 2026 3:09 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Matt Green <matt@arizonaimmigration.net>
**Cc:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Subject:** [EXTERNAL] Re: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

Hi Derek, we'll be in touch soon. You cc'd the wrong Jesse, so I've added Jesse Evans-Schroeder here.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**AMI HUTCHINSON**

SENIOR ATTORNEY

O: (520) 639-7288
D: (520) 639-7291
F: (520) 882-8843
E: ami@arizonaimmigration.net
W: arizonaimmigration.net

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Monday, October 5, 2026 3:04 PM
**To:** Matt Green <matt@arizonaimmigration.net>
**Cc:** jessica@zavaimmigration.com <jessica@zavaimmigration.com>; Ami Hutchinson <ami@arizonaimmigration.net>
**Subject:** FW: Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Good morning,

Not sure who is leading this case, but please contact me when available. 602-520-8894.

It appears we need to chat before 2pm tomorrow and file something. Thank you.

Derek Faraldo

Assistant United States Attorney

United States Attorney’s Office | District of Arizona

Email: derek.faraldo@usdoj.gov

40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004

Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Monday, October 5, 2026 2:34 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin et al Order Setting Hearing on Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**DISTRICT OF ARIZONA**

**Notice of Electronic Filing**

The following transaction was entered on 10/5/2026 at 2:33 PM MST and filed on 10/5/2026

**Case Name:** A.M.A.S. v. Mullin et al

**Case Number:** 2:26-cv-06601-JCH

**Filer:**

**Document Number:** 11

**Docket Text:**
**ORDER setting a hearing to address Plaintiff's Emergency Motion for a Temporary Injunction (Doc. [2]) on October 7, 2026 at 3:30 P.M. in Courtroom 5(B), 405 W Congress Street, Tucson, AZ, 85701, before Judge John C. Hinderaker. The hearing will be conducted in person. IT IS FURTHER ORDERED that the parties must meet and confer and advise the Court by Tuesday, October 6, 2026 at 2:00 PM whether they request this matter be referred for a settlement conference before a Magistrate Judge. Signed by Judge John C Hinderaker on 10/5/2026. (ALR)**

**2:26-cv-06601-JCH Notice has been electronically mailed to:**

Matthew Harrison Green matt@arizonaimmigration.net, crimadmin@arizonaimmigration.net

Jesse Evans-Schroeder jesse@arizonaimmigration.net, crimadmin@arizonaimmigration.net

Ami E Hutchinson ami@arizonaimmigration.net, crimadmin@arizonaimmigration.net

Derek A Faraldo derek.faraldo@usdoj.gov, Casey.Edwards@usdoj.gov, caseview.ECF@usdoj.gov

**2:26-cv-06601-JCH Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=10/5/2026] [FileNumber=29516054-0] [293a85ab3bfe16cdbf84482cebac6a94129b60912e7ac34fa0c89aba1b08425640 6764a84441df883241963c0b458f0c89cf155abd11e7c906a2bb7b207bdcb8]]

Outlook

## UPDATE Case 2:26-cv-06601-JCH A.M.A.S. v. Mullin

**From** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Date** Thu 10/15/2026 1:59 PM
**To** Faraldo, Derek (USAAZ) <derek.faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>

Derek,

We have received new information that significantly heightens our concerns regarding our client's welfare. His condition appears to be worsening, and the symptoms reported to us are consistent with a potentially serious untreated illness. We do not wish to speculate regarding a specific diagnosis; however, the available information is more than sufficient to conclude that his health requires immediate attention.

The United States transferred him to a country where CDC travel guidance recognizes a significant risk of diseases such as typhoid fever and other serious infectious illnesses: we have no indication that the US provided him with the recommended vaccines. Whether his current illness is typhoid fever or something else, he is now exhibiting symptoms of a serious and worsening medical condition and has been unable to obtain appropriate medical evaluation or treatment. Immediate intervention is required.

We are deeply concerned that the failure to provide a comprehensive medical assessment and appropriate treatment may place him at substantial risk of further harm.

We have also learned that our client was injured in a vehicle crash during his transport last Thursday from the La Luna jail to Hotel Bamy. The transporting official reportedly caused the collision, which injured both our client and another transferee. We understand that those injuries are ongoing and have not been treated. Taken together, the worsening illness and untreated accident-related injuries present an urgent humanitarian and medical concern that warrants immediate intervention.

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

GES Resources & Socials

Outlook

## Re: Urgent Update- AMAS

**From** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Date** Fri 10/16/2026 6:10 PM
**To** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>

Thank you, Derek.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Friday, October 16, 2026 3:08 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Urgent Update- AMAS

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Okay thank you! Sorry there's lots of moving parts and I'm doing my best to coordinate. ICE still hasn't given me their declaration so I'm filing it on Monday.

I'll pass this along to the State Dept & DHS reps so they can locate him ASAP! Hope he gets well soon.

-Derek Faraldo

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Friday, October 16, 2026 3:07 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] Re: Urgent Update- AMAS

Hi, Derek,

It is our understanding from NGO's that Ahmed was transported to the hospital today. We believe the hospital is Hospital de Sampaka, in Malabo (that hospital was referenced, and I did confirm a hospital by that name exists in Malabo).

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Friday, October 16, 2026 12:17 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Urgent Update- AMAS

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';
Good afternoon,

At the moment I am still waiting for the first declaration from DHS. I am not aware of exactly what efforts DHS or State has made (or what if any obstacles) until they give me their reports. I

am just the messenger and passing along info. I understand the situation is urgent and I also want a quick resolution.

I am hoping to get more information this afternoon but if you feel it is in your clients best interest I understand if you need to file your own status report.

-Derek Faraldo

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Friday, October 16, 2026 11:48 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] Urgent Update- AMAS

Good morning, Derek,

We appreciate your continued efforts on behalf of AMAS. However, his condition is rapidly deteriorating, and at this point the absence of immediate intervention is extremely concerning.

Advocates in Equatorial Guinea have attempted to reach AMAS but have been prevented from doing so by armed guards at the hotel. We have separately contacted the U.S. Embassy in Malabo and received no response.

The government removed AMAS to Equatorial Guinea based on purported diplomatic assurances. He is now seriously injured and ill, unable to obtain assistance from advocates attempting to reach him, and guarded by the same armed men who tortured him. Meanwhile, he has been ordered returned to the United States and restored to the position he would have occupied had these events not occurred.

**Whatever logistical or diplomatic issues remain, AMAS needs medical care now. We are asking the government to immediately facilitate access to medical treatment and remove any obstacle preventing advocates from reaching him.**

Absent immediate action, we are prepared to advise Judge Hinderaker of AMAS's deteriorating condition, the barriers preventing advocates from accessing him, the government's failure thus far to secure medical assistance, and the number and frequency of US government charter flights in the region that are ongoing. In addition, the reporting that Stephen Miller apparently has direct access to the Vice President of Equatorial Guinea makes it increasingly untenable to suggest that the government lacks the influence necessary to address these circumstances.

If the government believes it cannot secure prompt medical assistance or otherwise resolve this situation quickly, **please make that clear in your status report and explain what obstacles remain.**

Thank you for your continued attention to this urgent matter.

Best,
Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: arizonaimmigration.net

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

GES Resources & Socials

Outlook

## RE: Urgent Update- AMAS

**From** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Date** Mon 10/19/2026 4:49 PM
**To** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>

1 attachment (205 KB)
Exhibit A 10.19.26 Declaration for A.M.A.S. A099 404 612.pdf;

' ';

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

Good afternoon,

I am going to try and help speed things along. It appears ERO wants to contact you guys directly so we can make that connection with this attaché contact in Equatorial Guinea and your petitioner (and any people on the ground who can help).

I am going to create a new email thread with the assigned ERO agent in charge of this operation. Once ERO makes that connection with Petitioner then the final logistics of getting him on the flight (and eventually paroled back in) should be relatively quick I imagine. Just comes down to scheduling on an upcoming flight and then documentation upon return.

I understand the situation is urgent and doing my best to push things forward ASAP. Thank you.

Derek Faraldo
Assistant United States Attorney
United States Attorney's Office | District of Arizona
Email: derek.faraldo@usdoj.gov
40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004
Direct: (602) 514-7586 | Cell: (480) 331-0443

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Monday, October 19, 2026 12:21 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] Re: Urgent Update- AMAS

Derek,

Our deep concerns for our client's medical wellbeing remain unchanged, despite an apparent visit to the hospital. It is our understanding that he is back at the Hotel Bamy at this time.

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**
O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Friday, October 16, 2026 3:09 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Urgent Update- AMAS

Thank you, Derek.

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**
O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Friday, October 16, 2026 3:08 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Urgent Update- AMAS

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Okay thank you! Sorry there's lots of moving parts and I'm doing my best to coordinate. ICE still hasn't given me their declaration so I'm filing it on Monday.

I'll pass this along to the State Dept & DHS reps so they can locate him ASAP! Hope he gets well soon.

-Derek Faraldo

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Friday, October 16, 2026 3:07 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] Re: Urgent Update- AMAS

Hi, Derek,

It is our understanding from NGO's that Ahmed was transported to the hospital today. We believe the hospital is Hospital de Sampaka, in Malabo (that hospital was referenced, and I did confirm a hospital by that name exists in Malabo).

Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Friday, October 16, 2026 12:17 PM
**To:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri

<Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** Re: Urgent Update- AMAS

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';
Good afternoon,

At the moment I am still waiting for the first declaration from DHS. I am not aware of exactly what efforts DHS or State has made (or what if any obstacles) until they give me their reports. I am just the messenger and passing along info. I understand the situation is urgent and I also want a quick resolution.

I am hoping to get more information this afternoon but if you feel it is in your clients best interest I understand if you need to file your own status report.

-Derek Faraldo

---

**From:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Sent:** Friday, October 16, 2026 11:48 AM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** [EXTERNAL] Urgent Update- AMAS

Good morning, Derek,

We appreciate your continued efforts on behalf of AMAS. However, his condition is rapidly deteriorating, and at this point the absence of immediate intervention is extremely concerning.

Advocates in Equatorial Guinea have attempted to reach AMAS but have been prevented from doing so by armed guards at the hotel. We have separately contacted the U.S. Embassy in Malabo and received no response.

The government removed AMAS to Equatorial Guinea based on purported diplomatic assurances. He is now seriously injured and ill, unable to obtain assistance from advocates attempting to reach him, and guarded by the same armed men who tortured him. Meanwhile, he has been ordered returned to the United States and restored to the position he would have occupied had these events not occurred.

**Whatever logistical or diplomatic issues remain, AMAS needs medical care now. We are asking the government to immediately facilitate access to medical treatment and remove any obstacle preventing advocates from reaching him.**

Absent immediate action, we are prepared to advise Judge Hinderaker of AMAS's deteriorating condition, the barriers preventing advocates from accessing him, the government's failure thus far to secure medical assistance, and the number and frequency of US government charter

flights in the region that are ongoing. In addition, the reporting that Stephen Miller apparently has direct access to the Vice President of Equatorial Guinea makes it increasingly untenable to suggest that the government lacks the influence necessary to address these circumstances.

If the government believes it cannot secure prompt medical assistance or otherwise resolve this situation quickly, **please make that clear in your status report and explain what obstacles remain.**

Thank you for your continued attention to this urgent matter.

Best,
Jesse

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**JESSE EVANS-SCHROEDER**
**PARTNER**

O: (520) 639-7288
D: (520) 639-7277
F: (520) 882-8843
E: jesse@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

Outlook

## Re: AMAS Facilitate Return Coordination

**From** Dana Camilleri <Danac@arizonaimmigration.net>
**Date** Tue 10/20/2026 10:34 PM
**To** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Andrea.Chiriboga@ice.dhs.gov <Andrea.Chiriboga@ice.dhs.gov>; fernando.valenzuela@ice.dhs.gov <fernando.valenzuela@ice.dhs.gov>; mariela.carbajal@ice.dhs.gov <mariela.carbajal@ice.dhs.gov>
**Cc** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>

Apologies Andrea for the duplicate email, but I wanted to include everyone.

I'll add that I'm happy to be put in touch with an Embassy attache on the ground in Malabo, if that's easier for you all. We are anxious to bring A.M.A.S. back and restore him to health as if he'd never been sent to EG (as ordered by the Court). I'm hopeful you all are as well.

Jesse is at a conference this week, so I will be handling coordination efforts.

A.M.A.S. is at Bamy, and has been since October 9; apart from a brief hospital visit late last week.

Today, one of our colleagues who is on the ground in EG (and whose number Derek has previously provided to DHS) informed us that they attempted to visit the U.S. Embassy in Malabo twice to offer their help in facilitating A.M.A.S.'s return in any way they could. They were refused both times. They were also been turned away by the armed Equatorial Guinean guards when attempting to visit A.M.A.S. and others at Bamy.

Andrea, Fernando, and Mariela: would you please advise as to what efforts are being made here? We are very concerned for A.M.A.S.'s deteriorating health, and the lack of sufficient medical treatment he has received thus far.

It is also our understanding that DHS is staging at least two more removal flights to Africa right now. This would put DHS aircraft in position to facilitate A.M.A.S.'s return, along with medical care he both needs, and the government owes him per the order (it is plain that his current health issues are a direct result of his removal, and medical attention is part of compliance with the order that he be restored to the position he would have been in had these unlawful actions not taken place). I look forward to hearing from you!

Thank you!
Dana

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**DANA CAMILLERI**
**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 337-8564
F: (520) 882-8843
E: danac@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 20, 2026 1:21 PM
**To:** Andrea.Chiriboga@ice.dhs.gov <Andrea.Chiriboga@ice.dhs.gov>
**Cc:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** AMAS Facilitate Return Coordination

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Good morning,

Please let us know what if anything we can provide to assist in the government's efforts to facilitate petitioner's return. I have cc'ed all of Petitioner's attorneys on the case.

We believe he is at the hotel and recently received some medical attention at a local hospital.

Again, I believe Petitioner's counsel also has resources on the ground or information that could be helpful to the government in locating Petitioner so we can move on to the return phase. Please let us know what if anything you need.

Thank you again for your efforts.

Derek Faraldo
Assistant United States Attorney
United States Attorney's Office | District of Arizona
Email: derek.faraldo@usdoj.gov
40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004
Direct: (602) 514-7586 | Cell: (480) 331-0443

Outlook

## RE: AMAS Facilitate Return Coordination

**From** Valenzuela, Fernando <fernando.valenzuela@ice.dhs.gov>
**Date** Wed 10/21/2026 2:26 PM
**To** Dana Camilleri <Danac@arizonaimmigration.net>; Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Chiriboga Villacis, Andrea N <Andrea.Chiriboga@ice.dhs.gov>; Carbajal, Mariela <Mariela.Carbajal@ice.dhs.gov>; Velarde, Jorge <Jorge.Velarde@ice.dhs.gov>
**Cc** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>

' ';

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

Good morning,

Thank you for your email. We note your concerns regarding A.M.A.S.'s health and the reports from your colleague on the ground in Equatorial Guinea.

Please be advised that our office is actively engaged on this matter and continues to work closely with ICE personnel overseas to coordinate appropriate next steps. We will provide you with a status update as soon as we have more information to share.

Respectfully,

**Fernando Valenzuela**
Assistant Field Office Director
**ICE Enforcement and Removal Operations**
San Diego Field Office

*NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.*

---

**From:** Dana Camilleri <Danac@arizonaimmigration.net>
**Sent:** Tuesday, October 20, 2026 7:35 PM
**To:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>; Chiriboga Villacis, Andrea N <Andrea.Chiriboga@ice.dhs.gov>; Valenzuela, Fernando <fernando.valenzuela@ice.dhs.gov>; Carbajal, Mariela <mariela.carbajal@ice.dhs.gov>
**Cc:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>
**Subject:** Re: AMAS Facilitate Return Coordination

You don't often get email from danac@arizonaimmigration.net. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow

instructions.

Apologies Andrea for the duplicate email, but I wanted to include everyone.

I'll add that I'm happy to be put in touch with an Embassy attache on the ground in Malabo, if that's easier for you all. We are anxious to bring A.M.A.S. back and restore him to health as if he'd never been sent to EG (as ordered by the Court). I'm hopeful you all are as well.

Jesse is at a conference this week, so I will be handling coordination efforts.

A.M.A.S. is at Bamy, and has been since October 9; apart from a brief hospital visit late last week.

Today, one of our colleagues who is on the ground in EG (and whose number Derek has previously provided to DHS) informed us that they attempted to visit the U.S. Embassy in Malabo twice to offer their help in facilitating A.M.A.S.'s return in any way they could. They were refused both times. They were also been turned away by the armed Equatorial Guinean guards when attempting to visit A.M.A.S. and others at Bamy.

Andrea, Fernando, and Mariela: would you please advise as to what efforts are being made here? We are very concerned for A.M.A.S.'s deteriorating health, and the lack of sufficient medical treatment he has received thus far.

It is also our understanding that DHS is staging at least two more removal flights to Africa right now. This would put DHS aircraft in position to facilitate A.M.A.S.'s return, along with medical care he both needs, and the government owes him per the order (it is plain that his current health issues are a direct result of his removal, and medical attention is part of compliance with the order that he be restored to the position he would have been in had these unlawful actions not taken place). I look forward to hearing from you!

Thank you!
Dana

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

**DANA CAMILLERI**
**SENIOR ATTORNEY**

O: (520) 639-7288
D: (520) 337-8564
F: (520) 882-8843
E: danac@arizonaimmigration.net
W: **arizonaimmigration.net**

130 West Cushing St., Tucson, AZ 85701
2141 East Broadway Rd., Ste 220, Tempe, AZ 85282

**GES Resources & Socials**

---

**From:** Faraldo, Derek (USAAZ) <Derek.Faraldo@usdoj.gov>
**Sent:** Tuesday, October 20, 2026 1:21 PM
**To:** Andrea.Chiriboga@ice.dhs.gov <Andrea.Chiriboga@ice.dhs.gov>

**Cc:** Jesse Evans-Schroeder <jesse@arizonaimmigration.net>; Dana Camilleri <Danac@arizonaimmigration.net>; Kate O'Donnell <kate@arizonaimmigration.net>
**Subject:** AMAS Facilitate Return Coordination

'

This message was sent from outside the company. Please do not click links, open attachments or respond to the requests unless you recognize the source of this email and know the content is safe.

';

Good morning,

Please let us know what if anything we can provide to assist in the government's efforts to facilitate petitioner's return. I have cc'ed all of Petitioner's attorneys on the case.

We believe he is at the hotel and recently received some medical attention at a local hospital.

Again, I believe Petitioner's counsel also has resources on the ground or information that could be helpful to the government in locating Petitioner so we can move on to the return phase. Please let us know what if anything you need.

Thank you again for your efforts.

Derek Faraldo

Assistant United States Attorney

United States Attorney's Office | District of Arizona

Email: derek.faraldo@usdoj.gov

40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004

Direct: (602) 514-7586 | Cell: (480) 331-0443