AFFIDAVIT OF DANA M. CAMILLERI

I, Dana M. Camilleri, hereby declare as follows:

1. I have personal knowledge of the matters stated in this Affidavit (unless otherwise stated), and they are true and correct to the best of my knowledge.

2. I am an attorney licensed to practice and in good standing in the state of Virginia. I was previously employed at the U.S. Department of Justice, Civil Division, in the Office of Immigration Litigation, for seventeen years. Presently, I am employed full-time as a Senior Attorney with the law firm Green Evans-Schroeder, PLLC which represents A.M.A.S. who was ordered returned to the United States by this Court on October 6, 2026.

3. As part of my duties in this case, I have been monitoring DHS-related aircraft flight paths to Africa in order to ascertain whether the government has the means to facilitate A.M.A.S.'s return.

4. On October 22, 2026, the government filed a status report accompanied by a declaration attesting that the planned flight to Equatorial Guinea on October 23, 2026 has been canceled, and no plane would be landing in Malabo, Equatorial Guinea.

5. On October 23, 2026, a DHS contracted airplane with the tail number N703KW that left Alexandria, Louisiana on October 22, 2026, landed at Malabo Airport. *See* Ex. A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dana M. Camilleri (signature)

Dana M. Camilleri

Date 10/23/26




N/A B763

| | | |
|---|---|---|
| N/A NOT AVAILABLE | N/A NOT AVAILABLE | BAROMETRIC ALT. 0 ft |
| Departed N/A ago | Arriving in N/A | GROUND SPEED 0 kts |
| Boeing 767-336(ER) | | REG. N/A |

Fri, Oct 23, 2026 | 15:40 UTC

5:20 15:30 15:40

Cabo San Juan