TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.M.A.S., *et al.*,<br>Petitioners,<br>vs.<br>Markwayne Mullin, *et al.*,<br>Respondents. | No. CV-26-06601-PHX-JCH<br><br>**STATUS UPDATE #5** |

Pursuant to the Court's order issued on October 6, 2026 (Doc. 14), undersigned counsel is engaging in daily check-ins and meetings with Petitioner's counsel and the assigned points of contact with the relevant departments.

Please see the attached declaration detailing the efforts to facilitate return. *See* Exhibit A. Given the demonstrated significant movement in efforts to effectuate Petitioner's return Respondents ask the Court for permission to file further status reports every other business day.

RESPECTFULLY SUBMITTED this 26th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Derek Faraldo*
DEREK FARALDO
Assistant United States Attorney
*Attorneys for Respondents*