# Exhibit A

Exhibit A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.A.S.,<br>Soliman, Ahmed Mahmoud<br>,<br>v.<br><br>Markwayne Mullin, et al.,<br><br>Respondents. | No. CV-26-06601-PHX-JCH<br><br>**DECLARATION OF**<br>Andrea, Chiriboga Villacis |

I, Andrea, Chiriboga Villacis , hereby declare under the penalty of perjury:

1. I am currently employed with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I am authorized to search records relating to detainees.

2. I am a Deportation Officer assigned to the Imperial Regional Detention Facility in Calexico, California. I am responsible for, inter alia, managing the cases of aliens who are in immigration proceedings. I make this declaration based on my role and knowledge of A.M.A.S., A099 404 612 (Petitioner) file which contains electronic data including case records.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM"). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. EARM is the electronic database ordinarily relied upon to

ascertain an alien's immigration and criminal history, current case status, and plans for removal, if any.

4. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, information portals maintained and relied upon by DHS in the regular course of business, information obtained from other individuals employed by DHS, and information I acquired during the performance of my official duties.

5. I am aware that the above-captioned Complaint and Emergency Motion for Temporary Restraining Order have been filed in the U.S. District Court.

6. I am familiar with the facts and circumstances regarding A.M.A.S. ("Petitioner") and provide the following information regarding efforts taken to facilitate Petitioner's return to the United States.

7. This declaration is supplemental to the previous declarations provided.

8. On October 26, 2026, the Homeland Security Investigations Parole and Law Enforcement Unit approved Petitioner's request for Significant Public Benefit Parole under section 212(d)(5)(A) of the Immigration and Nationality Act. The parole request is identified by reference number SPBP11540.

9. The approved Significant Public Benefit Parole authorization is effective from October 26, 2026, through November 11, 2026. The issuing post is Malabo, Equatorial Guinea. The authorization permits one entry and does not limit Petitioner's entry to a particular United States port of entry.

10. On October 26, 2026, ERO located the approved Form I-512, Authorization for Parole of an Alien into the United States, in the Parole Case Tracking System. The Form I-512 serves as Petitioner's parole letter and transportation letter for travel to the United States.

11. Following approval of Petitioner's parole and issuance of the Form I-512, ERO contacted the appropriate ICE personnel to begin coordinating Petitioner's return to the United States via commercial air. ERO requested guidance regarding any additional

information or documentation required to proceed and advised that it would provide any requested information promptly.

12. ERO is continuing to coordinate with ERO headquarters, the ERO Attaché, U.S. Embassy personnel in Malabo, and other appropriate DHS components regarding Petitioner's return. This coordination includes confirming travel-document procedures, identifying and arranging a commercial itinerary, coordinating with the appropriate U.S. port of entry and the CBP Watch Commander before Petitioner's arrival, and providing Petitioner with the necessary travel instructions and documentation.

13. As of the date of this declaration, a commercial flight itinerary, travel date, route, carrier, and United States port of entry have not yet been finalized. ERO is making every effort to facilitate Petitioner's return to the United States as soon as possible within the authorized parole period and will continue providing updates as additional travel information becomes available.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on: 10/26/2026

ANDREA N CHIRIBOGA VILLACIS
Digitally signed by ANDREA N CHIRIBOGA VILLACIS
Date: 2026.10.26 12:30:56 -07'00'

Andrea Chiriboga Villacis
Deportation Officer
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement