**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,
Soliman, Ahmed Mahmoud
,
v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-06601-PHX-JCH

**DECLARATION OF**
Andrea, Chiriboga Villacis

I, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deportation Officer Andrea Chiriboga Villacis, provide this declaration to supplement my prior declaration and other ICE declarations filed in this case.

1. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, and information portals maintained and relied upon by DHS in the regular course of business; information obtained from other individuals employed by DHS; and information I acquired during the performance of my official duties.

2. Unless otherwise specified, the information below is current as of October 28, 2026.

3. Petitioner remains in immigration holding in Equatorial Guinea. Based on the information available to me, Petitioner is available for travel once the necessary travel documentation, local authorization, transportation, and arrival arrangements are completed.

**Designation of a United States Port of Entry**

4. As of October 28, 2026, Washington Dulles International Airport remains the intended United States port of entry for Petitioner's proposed return travel on November 4, 2026, subject to issuance of a travel letter and completion of all required

travel arrangements.

5. On October 27, 2026, ICE ERO Deportation Officer Jose L. Rosiles identified a potential commercial itinerary from Malabo, Equatorial Guinea, through Casablanca, Morocco, to Washington Dulles International Airport. On October 28, 2026, Deportation Officer Rosiles confirmed that the proposed commercial itinerary was ticketed for travel on November 4, 2026. The ticketed itinerary reflects Royal Air Maroc Flight 262, scheduled to depart Malabo at 5:45 a.m. and arrive in Casablanca at 10:10 a.m., followed by Royal Air Maroc Flight 218, scheduled to depart Casablanca at 3:25 p.m. and arrive at Washington Dulles International Airport at 7:05 p.m. The Royal Air Maroc confirmation number is 2F83SF. Deportation Officer Rosiles further advised that the ticketed itinerary is coded DEPU.

6. The ticketed itinerary, routing, travel date, and port of entry remain contingent upon issuance of a travel letter; completion of the required Royal Air Maroc boarding-notification process; acceptance of Petitioner's travel documentation by the commercial carrier and relevant authorities; local authorization for Petitioner's release and departure; and completion of other required travel arrangements.

**ICE Authorization Memorandum and Form I-512**

7. On October 26, 2026, the Homeland Security Investigations Parole and Law Enforcement Unit approved Petitioner's Significant Public Benefit Parole authorization. The authorization is valid from October 26, 2026, through November 11, 2026.

8. The Form I-512, Authorization for Parole of an Alien into the United States, associated with Petitioner has been approved and documented in the Parole Case Tracking System. The Form I-512 documents Petitioner's parole authorization for travel to the United States.

9. I am actively coordinating with Embassy personnel to identify and promptly provide any additional required information or documentation.

**Security Review and Resolution of Derogatory Information**

10. As noted above, the Homeland Security Investigations Parole and Law

Enforcement Unit approved Petitioner's request for Significant Public Benefit Parole.

**Contact with Petitioner; Embassy Access; and Safe Passage or Escort**

11. As noted above, Petitioner remains in immigration holding in Equatorial Guinea. Petitioner's current custodial circumstances may limit Petitioner's ability to travel independently to the U.S. Embassy in Malabo.

12. I am actively coordinating with the U.S. Embassy in Malabo regarding contact with Petitioner, delivery of travel documentation, and any necessary arrangements for Petitioner's movement for departure.

13. I expect these steps to be completed before Petitioner's flight tentatively scheduled for November 4, 2026, subject to Embassy procedures, Petitioner's custodial circumstances, and any required coordination with local authorities.

14. Petitioner's custodial status and any requirements imposed by local authorities may affect the timing and manner of delivering travel documents and arranging Petitioner's movement. I am actively coordinating with Embassy personnel and appropriate authorities to address these requirements.

**Issuance of Travel Letter**

15. As of October 28, 2026, ICE ERO is currently pending issuance of a travel letter from the U.S. Department of State.

**Identification and Booking of Transportation**

16. As noted above, on October 28, 2026, Deportation Officer Jose L. Rosiles confirmed that the commercial itinerary for Petitioner to travel from Malabo, Equatorial Guinea, through Casablanca, Morocco, to Washington Dulles International Airport on November 4, 2026, was ticketed. The ticketed itinerary remains subject to issuance of a travel letter; completion of the required Royal Air Maroc boarding-notification process; acceptance of Petitioner's travel documentation by the commercial carrier and relevant authorities; local authorization for Petitioner's release and departure; and completion of other required travel arrangements.

**Coordination with U.S. Customs and Border Protection**

17. As of October 28, 2026, Washington Dulles International Airport remains the intended United States port of entry for Petitioner's proposed return travel on November 4, 2026. Deportation Officer Jose L. Rosiles, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), has requested that, if the required documentation is completed in time for travel, ICE ERO coordinate with U.S. Customs and Border Protection and ICE personnel at Washington Dulles International Airport to meet Petitioner plane-side upon arrival.

18. On October 28, 2026, Deportation Officer Jose L. Rosiles, ICE ERO, confirmed that the proposed commercial itinerary from Malabo, Equatorial Guinea, through Casablanca, Morocco, to Washington Dulles International Airport was ticketed. Deportation Officer Rosiles further advised that the ticketed itinerary is coded DEPU.

19. On October 28, 2026, Joshua Coster, ICE ERO Headquarters Commercial Air, advised that the transit through Casablanca requires a copy of the Omega-generated itinerary and the transportation letter.

20. Mr. Coster further advised that, because the ticketed itinerary is coded DEPU and the proposed carrier is Royal Air Maroc, ICE ERO must provide Royal Air Maroc with the required Royal Air Maroc boarding-notification form and the transportation letter before travel.

21. Deportation Officer Rosiles advised that he will submit the Royal Air Maroc boarding-notification form upon receipt of the transportation letter.

22. On October 27, 2026, Kristen K. Grauer, the Deputy Chief of Mission, U.S. Embassy Malabo, advised that the Embassy can issue a travel letter for Petitioner.

23. As of October 28, 2026, ICE ERO is currently pending issuance of the travel letter from the U.S. Department of State.

24. The proposed November 4, 2026, commercial travel remains contingent upon issuance of the travel letter; completion of the required Royal Air Maroc boarding-notification process; acceptance of Petitioner's documentation by Royal Air Maroc, transit authorities, and local authorities; authorization of Petitioner's release and departure by

Equatorial Guinean authorities; and final coordination with CBP and ICE personnel at Washington Dulles International Airport. I continue to coordinate with Deportation Officer Rosiles; ERO Attaché Lichtenstein; Joshua Coster, ICE ERO Headquarters Commercial Air; and other appropriate U.S. Government personnel to facilitate Petitioner's return within the authorized parole period.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on: 10/28/2026

ANDREA N CHIRIBOGA VILLACIS

Digitally signed by ANDREA N CHIRIBOGA VILLACIS
Date: 2026.10.28 16:59:47 -07'00'

Andrea Chiriboga Villacis
Deportation Officer
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement