TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.M.A.S., *et al.*,<br>Petitioners,<br>vs.<br>Markwayne Mullin, *et al.*,<br>Respondents. | No. CV-26-06601-PHX-JCH<br><br>**EMERGENCY MOTION FOR LIMITED EXTENSION: PARAGRAPH "E" DECLARATION** |

Pursuant to the Court's order issued on October 29, 2026 (Doc. 37), Respondents are working to provide the declaration with the information requested from the Court in Paragraph E. Unfortunately, given the limited time period to respond and the time difference with the Embassy officials in Equatorial Guinea (8 hours ahead of Phoenix time) we are unable to complete that specific declaration this evening as ordered.

Respondents ask for a limited extension to submit this declaration by 3pm PST on Friday. October 30, 2026, to provide the most current and complete and accurate declaration with all the details requested by the Court.

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Derek Faraldo*
DEREK FARALDO
Assistant United States Attorney
*Attorneys for Respondents*