**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.A.S,<br><br>Petitioner,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>Respondent. | No. CV-26-06601-PHX-JCH<br><br>**ORDER** |

The Court having considered Respondents' Emergency Motion for Limited Extension: Paragraph "E" Declaration) (Doc. ), and good cause appearing,

IT IS HEREBY ORDERED granting Respondents' Motion and extending the deadline to 3pm PST on October 30, 2026, for filing of the Declaration as ordered in Doc. 37, Paragraph "E".