TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DEREK FARALDO
Assistant United States Attorney
Arizona State Bar No. 037026
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: derek.faraldo@usdoj.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.M.A.S., *et al.*,<br>Petitioners,<br>vs.<br>Markwayne Mullin, *et al.*,<br>Respondents. | No. CV-26-06601-PHX-JCH<br><br>**STATUS UPDATE #8** |

Pursuant to the Court's order issued on October 6, 2026 (Doc. 14), undersigned counsel is working to assist with the coordination of efforts to effectuate Petitioner's return.

Respondents are happy to report that a travel letter has been finalized, and the remaining steps appear to be nearly complete. Respondents will provide additional details in Friday's Status Report that should fill in any remaining unanswered questions.[1] Please see the attached declarations detailing the efforts to facilitate return and address the steps and additional information required as ordered by the Court. *See* Exhibit A and Exhibit B.

[1] Given the time difference between Arizona, Washington D.C. and Equatorial Guinea, and the condensed timeline every good faith effort was made to provide as much information as possible to the Court in tonight's declaration with the understanding that the Friday October 30 declaration must fill in any remaining steps or gaps as ordered by the Court.

Seven of the Eleven steps have been completed or finalizing with Three outstanding steps remaining and One on-going.

**Step Summary:**

1. Designation of the port of entry *Complete* *See* Exhibit A.
2. ICE authorization memorandum and Form I-512 *Complete* *See* Exhibit A.
3. Security review *Complete* *See* Exhibit A.
4. <u>Contact with Plaintiff, photographs, Embassy access, and safe passage</u> *In-Progress* *See* Exhibit B.
5. Travel letter *Complete* *See* Exhibit A.
6. <u>Equatorial Guinean authorization</u> *In-Progress* *See* Exhibit B.
7. Transportation (Flight) *Finalizing* *See* Exhibit A.
8. <u>Medical evaluation, fitness to travel, and escort</u> *In-Progress* *See* Exhibit A and B.
9. Coordination with CBP *Complete* *See* Exhibit A.
10. Deferral of removal and future determinations *Complete* *See* Exhibit A.
11. <u>Coordination with Plaintiff's counsel</u> (DOJ) *On-Going* *See* below.

Undersigned counsel can speak to communications between himself, and Petitioner's counsel as ordered in **Section I regarding Step 11**:

**(1)** Each communication between counsel for the parties since October 23, 2026, by date, participants, and means: Undersigned counsel was away at monthly military drill from October 24-26 but apologizes for any confusion regarding my daily meetings statement. Undersigned counsel has continued to meet daily with government stakeholders to effectuate return but did not make contact with Petitioner's counsel on this matter on the weekdays of October 26 and 27. This has been rectified through daily emails, a call as recently as October 29 between undersigned counsel and Petitioner's counsel, and I have encouraged all parties to work together to effectuate return. Even while on Military Orders next week I plan to communicate daily with Petitioner's Counsel until the job is complete.

**(2)** Whether the representation of daily check-ins and meetings (Doc. 30 at 1) was accurate and, if not, a correction: Please see above. I apologize for any confusion and correct for the

record.

**(3)** Whether the ticketed itinerary has been shared with Plaintiff's counsel: Undersigned counsel has not been disclosed the ticketed itinerary at this time but will disclose it to Petitioner's counsel immediately upon receipt.

**(4)** What assistance, if any, Defendants have requested from Plaintiff's counsel regarding photographs, location verification, or medical information: Undersigned counsel has previously requested this information from Petitioner's counsel, received that information, and I have passed along this information (location, possible health conditions, and contact information for people on the ground) to the government personnel working to effectuate his return.

Undersigned counsel will be on Military Orders in Washington D.C. from 1-Nov to 8-Nov and a representative from the U.S. Attorney's Office District of Arizona with knowledge of the case will be present at the hearing if necessary.

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Derek Faraldo*
DEREK FARALDO
Assistant United States Attorney
*Attorneys for Respondents*