**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Plaintiff,

v.

Markwayne Mullin, et al.,

Defendants.

No. CV-26-06601-PHX-JCH

**ORDER**

Before the Court is Defendants' Emergency Motion for Limited Extension Paragraph "E" Declaration. (Doc. 38.) Good cause appearing,

**IT IS ORDERED granting** Defendants' Emergency Motion for Limited Extension: Paragraph "E" Declaration. (Doc. 38.)

**IT IS FURTHER ORDERED extending** Defendants' deadline to comply with the Court's October 29, 2026 Order to **October 30, 2026 at 3:00 PM.**

Dated this 30th day of October, 2026.

John C. Hinderaker
United States District Judge