TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DINA M. ANAGNOPOULOS
Assistant United States Attorney
Arizona State Bar No. 018727
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: Dina.Anagnopoulos@usdoj.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

A.M.A.S., *et al.*,

Petitioners,

vs.

Markwayne Mullin, *et al.*,

Respondents.

No. CV-26-06601-PHX-JCH

**STATUS UPDATE #9**

Pursuant to the Court's order issued on October 6, 2026 (Doc. 14), the Respondents are taking affirmative action to facilitate the Petitioner's return to the United States.

This filing complies with the previously granted Emergency Motion for Limited Extension (Doc. 40) and the daily required status report.

First, Respondents attach two declarations in compliance with the information ordered in "Paragraph E" of Doc. 37. *See* Exhibit A and Exhibit B. In summary, Respondents are assured that Petitioner will return to the United States on November 4, 2026. *Id.*

In addition, Respondents have attached Exhibit C which contains travel and logistics details necessary to effectuate that return. Therefore, authorization and logistics are in place

for the return.[1]

Because of the sensitive and ongoing nature of communications between the Executive Branch through the Department of State and a sovereign foreign power, the Respondent's request time to discuss protective measures at Monday's hearing.

RESPECTFULLY SUBMITTED this 30th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Dina M. Anagnopoulos*
DINA M. ANAGNOPOULOS
Assistant United States Attorney
*Attorneys for Respondents*

[1] Respondents have been provided Petitioner's detailed flight itinerary which, upon request, will be provided to the Court for an *in camera* review.