**GREEN | EVANS-SCHROEDER, PLLC**
130 W. Cushing Street
Tucson, AZ 85718
Tel. (520) 882-8852
Fax (520) 882-8843

**Jesse Evans-Schroeder** | Arizona Bar No. 027434
Email: jesse@arizonaimmigration.net

**Matthew H. Green** | Arizona Bar No. 020827
Email: matt@arizonaimmigration.net

**Ami Hutchinson |** Arizona Bar No. 039150
Email: ami@arizonaimmigration.net

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.A.S.,<br>Plaintiff,<br>v.<br>Markwayne Mullin, et al.,<br>Defendants. | Case No. 26-cv-06601-JCH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO CONDUCT LIMITED EXAMINATION OF DEPORTATION OFFICER CHIRIBOGA VILLACIS AND, IF NECESSARY, LIMITED DISCOVERY** |

Upon consideration of Plaintiff's Emergency Motion for Leave to Conduct Limited Examination of Deportation Officer Chiriboga Villacis and, If Necessary, Limited Discovery, and good cause appearing, the motion is GRANTED.

Signed this ____ day of November, 2026

_______________________________
Hon. John C. Hinderaker
Judge of the U.S. District Court