GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

November 3, 2026

Honorable John C. Hinderaker
United States District Court
405 West Congress Street
Tucson, AZ 85701

Re: A.M.A.S. v. Mullin et al
2:26-cv-06601-JCH- Justification for Expedited Transcript

Dear Honorable Judge Hinderaker:

Please accept this correspondence as formal justification for requesting that the transcript be completed and processed on an expedited timeline of **seven (7) days**. The Ninth Circuit Court of Appeals has ordered expedited briefing on the Government's appeal and, in order to effectively represent the Plaintiff, it is necessary to review the transcript as soon as possible.

Thank you for your consideration and assistance in accommodating this expedited request.

Sincerely,

**GREEN | EVANS-SCHROEDER**

/s/Matthew H. Green

Matthew H. Green
Green Evans-Schroeder PLLC