DISTRICT JUDGE'S MINUTES

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: John C. Hinderaker | Date: November 2, 2026 |
| A.M.A.S. v. Mullin et al | Case Number: CV-26-06601-TUC-JCH |

Plaintiff
A.M.A.S. (not present)
Attorneys for the Plaintiff: Ami E Hutchinson, Jesse Evans-Schroeder and Matthew Harrison Green

Defendant
Markwayne Mullin (not present)
Attorneys for the Defendant: Timothy Harrison Courchaine and Constance Mike Anagnopoulos. ICE Representative Andrea Chiriboga-Villacis is also present behind counsel.

Court Reporter: Anne Meyer
Deputy Clerk: Armida Butler

**IN-COURT HEARING**

This matter comes before the Court for consideration of its Order (Doc. 37).

Mr. Courchaine advises the Court that he is appearing on behalf of Mr. Faraldo, who is assigned to this case but is currently on military leave. He further advises that the parties, including Department of Homeland Security, Department of Justice, the Department of State, and Plaintiff's counsel, have been working to get the Plaintiff back to the United States.

Ms. Anagnopoulos advises the Court that Plaintiff is scheduled to be on the flight from Malabo to the United States. Ms. Anagnopoulos provides the Court with a copy of the declaration of Ambassador Brown and the Plaintiff's travel itinerary for his flight on November 4, 2026.

Ms. Evans-Schroeder states her concerns regarding the Plaintiff's travel itinerary, including the need for a designated point of contact, as well as additional concerns set forth in the Plaintiff's motion. Ms. Evans-Schroeder provides the Court with a copy of correspondence between counsel Mr. Green and a Casablanca state official confirming the Plaintiff's scheduled travel. She further advises that two counsel from Plaintiff's law firm will travel to Casablanca to greet Plaintiff at the airport upon arrival.

With respect to Plaintiff's Emergency Motion for Leave to Conduct Limited Examination of Deportation Officer Chiriboga Villacis and if necessary Limited Discovery (Doc. 45) oral argument is heard and the Court takes this matter UNDER ADVISEMENT.

Mr. Courchaine advises the Court that he was just handed an Order from the Ninth Circuit Court of Appeals staying this Court's Order dated October 23, 2026. Mr. Courchaine proceeds with reading the Order into the record and provides a copy to the Court.

The Court asks Mr. Courchaine how he would like to proceed. Mr. Courchaine advises the Court that he will provide an update regarding Plaintiff's travel status upon receipt of any further details.

The Ninth Circuit having stayed the Court's dispositive Order, the Court adjourns the hearing without any further orders.

In-Court Hearing: 45 min.
Start: 2:01 p.m.
Stop: 2:46 p.m.